# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Robinson, James J. | 2. Court or Organization<br><br>U.S. Bankruptcy Ct. N. D. AL | 3. Date of Report<br><br>06/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse - Room 117
1129 Noble Street
Anniston, AL 36201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Burr & Forman LLP retired partner annuity (former law firm) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 06/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Burr & Forman LLC - retired partner's annunity | $27,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Southern Company-retirement/pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ala. State Bar - Commercial Law Section | 06/0/1/2017 - 06/03/2017 | Sandestin, FL | Speaker at CLE seminar | seminar tuition, lodging, meals and mileage |
| 2. | U. Ala. School of Law | 11/16//2017 - 11/17/2017 | Birmingham, AL | Speaker at CLE seminar | seminar tuition, lodging, meals and mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank USA, N.A. | Credit Card (VISA) | J |
| 2. | Merrill Lynch (Bank of America-FIA Card Services NA) | Credit Card (VISA) | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 06/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 317 shares common stock Southern Co. | A | Dividend | K | T | Buy (add'l) | 2017 | J | | 14 shr add'l div reinvest |
| 2. WinSouth CU (deposit account) | A | Interest | J | T | | | | | |
| 3. Wells Fargo deposit accounts | A | Interest | K | T | | | | | |
| 4. Protective Life policies (2)-both whole life | A | Int./Div. | J | T | | | | | |
| 5. Mass Mutual Life- American Century Value mutual fund | | None | L | T | | | | | |
| 6. Mass Mutual Life - guaranteed principal account | A | Interest | J | T | | | | | |
| 7. 1875shares American Capital World Growth Income Fund | B | Dividend | L | T | Buy (add'l) | 2017 | J | | 121 shr add'l div reinvest |
| 8. 2559 shares American Growth Fund Class A | A | Dividend | M | T | Buy (add'l) | 2017 | J | | 168 shr add'l div reinvest |
| 9. BIF Tax Exempt Money Fund | | None | | | Closed | 02/02/17 | J | | |
| 10. 1054 Shares Common Stock Proassurance Corp. | B | Dividend | L | T | | | | | |
| 11. 7750 Shares American New Perspective Class A Mut. Fund | B | Dividend | N | T | Buy (add'l) | 2017 | J | | 405 shr add'l div reimvest |
| 12. 171 Shrs I Shares Russell 2000 Sm Cap Index Class A f/k/a Blackrock | A | Dividend | J | T | | | | | See part VIII |
| 13. Bk of Am RSA money fund (JJR-IRA) | A | Dividend | M | T | | | | | |
| 14. 4823 Shares American Capital World Income Class A Mut. Fund | C | Dividend | M | T | Buy (add'l) | 2017 | J | | 312 shr add'l div reinvest |
| 15. 4481 American Capital Income Builder Class A Mut. Fund | D | Dividend | N | T | Buy (add'l) | 2017 | J | | 207 shr add'l div reinvest |
| 16. 11,380 American Growth Fund of America Class A Mut. Fund | C | Dividend | O | T | Buy (add'l) | 2017 | K | | 749 shr add'l div reinvest |
| 17. 1919 Shares American Fundamental Investors Fund | B | Dividend | M | T | Buy (add'l) | 2017 | J | | 142 shr add'l div reinvest |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 06/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. 2383 Shares American New Perspective Fund | A | Dividend | M | T | Buy (add'l) | 2017 | J | | 131 shr add'l div reinvest |
| 19. 923 Shares American Capital World Growth Income Fund Class A | A | Dividend | K | T | Buy (add'l) | 2017 | J | | 60 shr add'l div reinvest |
| 20. 1300 Shares American Growth Fund of America Class A | A | Dividend | L | T | Buy (add'l) | 2017 | J | | 86 shr add'l div reinvest |
| 21. 145 shares MetLife, Inc. | A | Dividend | J | T | | | | | |
| 22. 670 shares National Grid PLC SP ADR | | | | | Merged (with line 44) | 05/22/17 | | | See Part VIII |
| 23. 2390 shares Pfizer common | C | Dividend | L | T | | | | | |
| 24. 1075 shares Waste Management common | B | Dividend | L | T | | | | | |
| 25. 9204 shares American Income Fund of America | D | Dividend | M | T | Buy (add'l) | 2017 | J | | 449 shr add'l div reinvest |
| 26. 725 shares Centurylink common | B | Dividend | K | T | | | | | |
| 27. 450 shares Chevron Corp common | B | Dividend | J | T | | | | | |
| 28. 1220 shares Coca Cola common | B | Dividend | L | T | | | | | |
| 29. 760 shares Genuine Parts common | B | Dividend | L | T | | | | | |
| 30. 615 shares Kimberly Clark common | B | Dividend | L | T | | | | | |
| 31. 505 shares McDonalds Corp common | B | Dividend | L | T | | | | | |
| 32. 1555 shares Microsoft Corp common | C | Dividend | M | T | | | | | |
| 33. 683 shares Duke Energy common | B | Dividend | L | T | | | | | |
| 34. 1490 shares Mondelez Int'l common | B | Dividend | L | T | Buy (add'l) | 2017 | J | | 27shr add'l div reinvest |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 06/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 175 shares Apple, Inc. common | A | Dividend | K | T | | | | | |
| 36. 3054 shares American Amcap Fund Class A | A | Dividend | L | T | Buy (add'l) | 2017 | J | | 160 shr add'l div reinvest |
| 37. 480 shares Proctor & Gamble | B | Dividend | K | T | | | | | |
| 38. 775 shares Whole Foods | | | | | Sold | 08/28/17 | K | | |
| 39. 155 shares Nextera Energy Inc./ | A | Dividend | K | T | | | | | |
| 40. 1492 shares American Mutual Fund Class A | B | Dividend | L | T | Buy (add'l) | 09/27/17 | J | | 88 shr add'l div reinvest |
| 41. Bk of Am RSA money fund (SGR-IRA) | A | Dividend | J | T | | | | | |
| 42. American Legacy III variable annuity- American Mutual Fund | | None | L | T | | | | | |
| 43. /American Legacy III variable annuity- Growth Fund of America | | None | L | T | | | | | |
| 44. 614 shares National Grid PLC SHS | C | Dividend | K | T | | | | | see Part VIII |
| 45. 670 shares AT&T | B | Dividend | K | T | | | | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 06/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: The notation "__ shr add'l div reinvest" appearing several times in column (5) of Part D indicates that the particular mutual fund or stock paid one or more dividends during the year that were reinvested to purchase the number of additional shares stated. Dividends were declared from time to time during 2016, often more than once during the year for any particular investment, so I did not list the exact date for each dividend and reinvestment.

Part VII - Line 12. This investment was reported in Part VII, Line 14 of my 2016 Report as 171 shares Blackrock Small Cap Indext Fund Class A; the name changed to I -Shares Russell 2000 Small Cap Index Class A.

Part VII - Lines 22 and 44. My investment in 670 shares of National Grid PLC SP ADR was transformed via merger or similar transaction into 614 shares in National Grid PLC SHS.

Part VII-Line 45. These 670 shares of AT&T were, through an oversight, not disclosed in my 2016 Report. For these shares, my 2016 Report should have disclosed a buy date of 02/26/16 with a K value code in column D(3), and dividend code of A in columnm B(1), and a K valuation code based on market in column C(1). Please treat this tardy disclosure as an amendment to my 2016 Report. These shares were sold in June 2018 and that transaction will be reported in my 2018 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James J. Robinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544